HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
PEDRO MUNOZ-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MUNOZ-AGUILAR,<br><br>Defendant. | CASE NO. 2:14-CR-00050 GEB<br><br>STIPULATION AND [PROPOSED] ORDER ADVANCING STATUS CONFERENCE HEARING TO CHANGE OF PLEA HEARING<br><br>DATE:  April 4, 2014<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney, NIRAV DESAI, and Defendant, PEDRO MUNOZ-AGUILAR, individually and his counsel of record, BENJAMIN GALLOWAY, Assistant Federal Defender, hereby stipulate that the Status Conference set for April 25, 2014 be advanced to April 4, at 9:00 a.m. for Change of Plea and Judgment and Sentencing. Speedy trial time was previously excluded through April 25, 2014.

Dated: March 17, 2014                     Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Public Defender

                                          */s/ Benjamin Galloway*
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant

Dated: March 17, 2014                     BENJAMIN WAGNER
                                          United States Attorney

                                          */s/ Nirav Desai*
                                          NIRAV DESAI
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the April 25, 2014 status conference shall be advanced to April 4, 2014, at 9:00 a.m. for Change of Plea and Judgment and Sentencing.

Dated:  March 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge